IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br> vs.<br><br>BRITTANY A. THORNTON-FOWLER,<br><br>     Defendant. | Citation Number: 7393002, M12<br><br><br>ORDER TO DISMISS |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 6 day of March, 2019.


HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-